

PHILIP KARASYK
JAMES M. MOSCHELLA
MARISSA B. GILLESPIE

> The requested extension of time is GRANTED. The Court notes that the required pre-conference submissions are <u>not</u> ex parte. The parties are directed to submit the statements in accordance with the undersigned's standing order on settlement and individual practices.
>
> The Clerk of Court is respectfully directed close the Motion at ECF No. 121.
>
> SO ORDERED     11/16/20
>
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**
Hon. Sarah L. Cave
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Gaines v. The City of New York et. al.
Civil Action No.: 20-cv-2980

Dear Judge Cave:

We are the attorneys for defendant, Correction Officer Tamara Kitt, in the above-referenced matter. In accordance with the Court's Order of October 13, 2020, a settlement conference is scheduled to take place via phone on Thursday November 19, 2020 at 2:00 p.m. We are writing to respectfully request that the parties' time to submit their ex-parte settlement letters be extended to the close of business on Monday, November 16, 2020.

We have just recently appeared in this matter and unfortunately have not been able to become fully versed in the many nuances of this case. We had therefore requested to the other attorneys that defendant Kitt's time to submit our letter be extended until Monday. Upon speaking with all counsel, however, we all submit that for sake of consistency, the time for all parties to submit their letters be jointly extended until 5:00 p.m. on Monday, November 16, 2020.

Thank you for your courtesy and consideration of this matter.

Very truly yours,

KARASYK & MOSCHELLA, LLP

JAMES MOSCHELLA

233 BROADWAY, SUITE 2340 • NEW YORK, NEW YORK 10279 • T: 212•233•3800 • F: 212•233•3801 • www.kmattorneys.com